Opinion issued June 30, 2003










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-03-00535-CV

____________


IN RE TIMOTHY PAUL MARTIN, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relator Timothy Paul Martin has filed a petition for a writ of mandamus
complaining of Judge Erwin Ernst. (1) Martin, however, has not included with his
petition the appendix required by Texas Rule of Appellate Procedure 52.3(j).


 We deny the petition for a writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Higley.
1. 
 '